Hon. Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JASON FUHR, INDIVIDUALLY, and AS EXECUTOR OF THE ESTATE OF SHAUN FUHR,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SEATTLE, and NOAH ZECH<br><br>Defendants. | No.   2:23-cv-00600 BJR<br><br>STIPULATED MOTION AND ORDER TO EXTEND CASE SCHEDULE |

The parties, by and through their respective counsel of record, hereby stipulate and request that the Court enter an order extending the following deadlines:

| Event | Prior Date | Amended Date |
|---|---|---|
| Reports from expert witness under FRCP 26(a)(2) due | March 19, 2024 | May 3, 2024 |
| Discovery completed by | April 18, 2024 | June 14, 2024 |
| All dispositive motions must be filed by | May 20, 2024 | July 5, 2024 |

STIPULATED MOTION TO
EXTEND CASE SCHEDULE - 1
(2:23-cv-00600 BJR)

**Ann Davison**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

The reason for this request is that additional time is needed for discovery and expert disclosure. Plaintiff's counsel has trials scheduled to take place in April and June, and the extended discovery schedule will allow both sides more flexibility in scheduling the required depositions and ensure that discovery is completed in a timely manner. The trials are scheduled in the cases of Gratton v. City Tukwila et. al., case no. 2:22-cv-01598-TL and Orozco v. Yakima Sheriff's Office et al., case no. 1:22-cv-03058-SMJ.

This is the parties' first request for an extension of the case schedule. The requested extension does not affect the trial date or any trial-related deadlines set forth in this Court's Order Setting Trial Dates And Related Dates (Docket #16).

Based on the foregoing, good cause exists to extend the requested deadlines and the parties request that the court grant the extension. The parties will comply with all other aspects of the Court's Order Setting Trial Dates And Related Dates (Docket #16).

DATED this 31st day of January 2024.

By /s/ Jesse Valdez
Jesse Valdez, WSBA #35378
VALDEZ LEHMAN, PLLC.
Co-Counsel and Attorney for Plaintiff
Jason Fuhr, et. al.

DATED this 31st of January 2024.

Agreed to by: /s/ Rebecca Widen
Rebecca Widen, WSBA# 57339
Seattle City Attorney's Office
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
Attorney for Defendants

STIPULATED MOTION TO
EXTEND CASE SCHEDULE - 2
(2:23-cv-00600 BJR)

**Ann Davison**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

## ORDER GRANTING IN PART

Based upon the foregoing Stipulation, the Court GRANTS the Motion to Extend Case Schedule to the extent outlined below. **NOTE the dates are not those requested by the parties**; if a longer extension is desired, the parties shall provide good cause therefor and propose a new trial date. Accordingly, IT IS HEREBY ORDERED that the Order Setting Trial Dates And Related Dates (Docket #16) shall be, and hereby is, amended as follows:

| Event | Prior Date | Amended Date |
| --- | --- | --- |
| Reports from expert witness under FRCP 26(a)(2) due | March 19, 2024 | **April 16, 2024** |
| Discovery completed by | April 18, 2024 | **May 23, 2024** |
| All dispositive motions must be filed by | May 20, 2024 | **June 7, 2024** |

All other deadlines set forth in the Order Setting Trial Dates And Related Dates (Docket #16) shall remain intact.

Dated this 1st day of February, 2024.

Barbara Jacobs Rothstein
U.S. District Court Judge

STIPULATED MOTION TO
EXTEND CASE SCHEDULE - 3
(2:23-cv-00600 BJR)

**Ann Davison**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200