# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JASON FUHR, individually, and as executor of THE ESTATE OF SHAUN FUHR,<br><br>    Plaintiffs,<br><br>vs.<br><br>CITY OF SEATTLE, and NOAH ZECH<br><br>    Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. 2:23-cv-600-BJR |

\_\_\_  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

xx  **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

For the reasons set forth in the Order Granting Defendants' Motion for Summary Judgment, dated August 23, 2024, the Court granted summary judgment in favor of Defendants, dismissing Plaintiffs' claims.

Dated August 23, 2024.

Ravi Subramanian
Clerk of Court

s/*Serge Bodnarchuk*
Deputy Clerk
