Hon. Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JASON FUHR, individually, and AS EXECUTOR OF THE ESTATE OF SHAUN FUHR, DAVONTA TANIYA FUHR, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SEATTLE, and NOAH ZECH<br><br>Defendants. | No.    2:23-cv-00600 BJR<br><br>ORDER GRANTING DEFENDANTS' SUPPLEMENTAL MOTION TO SEAL |

THIS MATTER having come before the undersigned judge of the above-entitled Court pursuant to Defendant's Supplemental Motion to Seal (Stipulated) in the above-entitled cause (Dkt. 76), and the Court has read and considered the following:

1.   Defendants' Supplemental Motion to Seal (Stipulated); and

2.   Email correspondence dated March 26, 2025, wherein the parties agreed that one additional exhibit (Dkt. 45-1) should be included in the supplemental sealing order for the same reasons stated in the motion.

ORDER GRANTING DEFENDANTS'
SUPPLEMENTAL MOTION TO SEAL - 1
(2:23-cv-00600 BJR)

Ann Davison
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

The Court, after consideration of the parties' papers, and otherwise being fully advised in the premises of this matter, hereby ORDERS AND ADJUDGES that Defendant's Supplemental Motion to Seal is GRANTED.  The Court orders that the following exhibits be, and hereby are, sealed:

1. Appendix I to the Declaration of William Neale (Dkt. 36-10), filed in support of Defendants' Motion for Summary Judgment on June 7, 2024.

2. Exhibit 1 to the Declaration of Jesse Valdez (Dkt. 45-1), filed in opposition to Defendants' Motion for Summary Judgment on June 27, 2024.

The Clerk is hereby ordered to seal the above-listed filings.

DATED this 27th day of March, 2025.

Barbara Jacobs Rothstein
U.S. District Court Judge

Presented by:

ANN DAVISON
Seattle City Attorney


   */s/ Rebecca Widen*
Rebecca Widen, WSBA# 57339
Catherine E. Riedo, WSBA# 50418

E-mail: Rebecca.widen@seattle.gov
E-mail: Catherine.riedo@seattle.gov

Seattle City Attorney's Office
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
Phone: (206) 684-8200

*Attorneys for Defendant City of Seattle*

ORDER GRANTING DEFENDANTS'
SUPPLEMENTAL MOTION TO SEAL - 2
(2:23-cv-00600 BJR)

**Ann Davison**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200